# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 28, 2013

146667

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

CITY OF EAST LANSING,
        Plaintiff-Appellee,

v

                                  SC: 146667
                                  COA: 309426
                                  Ingham CC: 11-000374-AV

JARED RAPP and MOTI GOLDRING,
        Defendants-Appellants.

_____/

        On order of the Court, the application for leave to appeal the December 28, 2012 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.





        I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 28, 2013

Clerk

p0520